FILED: September 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1752 (L)
(1:13-cv-00232-IMK-JSK)

_____

MARY LOU BUTTON

       Plaintiff - Appellant

v.

KEVIN K. CHUMNEY; JANET L. CHUMNEY, husband and wife; CHESAPEAKE APPALACHIA, LLC

       Defendants - Appellees

 and

WILLIAM H. GASTON; DIANE MARKET GASTON, husband and wife

       Defendants

_____

O R D E R

_____

    The court extends the briefing schedule as follows:

    Appendix due: 11/17/2014

    Opening brief due: 11/17/2014

    Opening/response brief due: 12/22/2014

Response brief due for Chumneys: 01/12/2015

Response brief due for Button: 02/27/2015

Response/reply brief due Chesapeake Appalachia: 03/30/2015

Any reply brief: 14 days from service of response/reply brief.

                                      For the Court--By Direction

                                      <u>/s/ Patricia S. Connor, Clerk</u>