FILED: November 10, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1752 (L)
(1:13-cv-00232-IMK-JSK)

_____

MARY LOU BUTTON

       Plaintiff - Appellant

v.

KEVIN K. CHUMNEY; JANET L. CHUMNEY, husband and wife; CHESAPEAKE APPALACHIA, LLC

       Defendants - Appellees

and

WILLIAM H. GASTON; DIANE MARKET GASTON, husband and wife

       Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 12/01/2014

Opening brief due: 12/01/2014

Opening/response brief due: 01/08/2015

Response brief for Chumneys due: 02/02/2015

Response brief for Button due: 03/20/2015

Response/reply brief due: 04/20/2015

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk