UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 10, 2015

_____

N O T I C E

_____

No. 14-1752 (L), Mary Button v. Kevin Chumney
                 1:13-cv-00232-IMK-JSK

TO: Counsel and Parties

The parties are advised that the motion to extend filing time is considered moot as brief for appellees Kevin and Janet Chumney is not due until 03/12/15 and that the court does not intend to take action on the motion.


Joy Hargett Moore, Deputy Clerk
804-916-2702